**GEORGE E. KERSEY**
PO BOX 1073
FRAMINGHAM, MA  01701
(781) 581-5103

**RECEIVED**
DEC 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

December 22, 2007

**Office of the Clerk**
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

    Re:    <u>Kersey v. Commissioner of Patents</u>
            <u>Misc No. 07-302 (CKK)</u>

Dear Office of the Clerk:

Enclosed are the returns of service for the above captioned case

Also please advise if anything further is needed.

                                      Respectfully submitted,

                                      By: _____
                                            George E. Kersey

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | December 22, 2007 |
| NAME OF SERVER (PRINT) George E. Kersey | TITLE | Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by Certified Mail   (See attached Receipts)
**Commissioner of Patents**
**United States Attorney**
**Attorney General of US**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | $10.86 | TOTAL | $10.86 |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 22, 2007
              Date                     Signature of Server

P.O. Box 1073,
Framingham, MA
01701

                    Address of Server



Sent To: Commissioner of Patents
Street, Apt. No., or PO Box No.: P.O. Box 1450
City, State, ZIP+4: Alexandria, VA 22313



Sent To: Attorney General of US
Street, Apt. No., or PO Box No.: 950 Penn Ave NW
City, State, ZIP+4: Wash DC 20530-0001



Sent To: United States Attorney
Street, Apt. No., or PO Box No.: 555 4th St, NW
City, State, ZIP+4: Washington, DC 20530

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

George E. Kearsey

**SUMMONS IN A CIVIL CASE**

V.

Commissioner of Patents

CASE NUMBER:   Misc. No. 07-302 (CKK)

TO: (Name and address of Defendant)

Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George E. Kersey,
P.O. Box 1073,
Framingham, MA  01940

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC 1 3 2007
CLERK                                       DATE

(By) DEPUTY CLERK