UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE E. KERSEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0302 (CKK) |
| | ) | Electronic Case Filing |
| | ) | |
| THE U.S. PATENT OFFICE | ) | |
| Commissioner for Patents | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **11th** day of January, 2008, that a copy of the foregoing Entry of Appearance was served by First-Class mail; postage-prepaid to:

George Kersey
P.O. Box 1073
Framingham, MA 01701

/s/
RHONDA FIELDS
Assistant United States Attorney
555 4th St., N.W. Room 4804
Washington, D.C.  20530