UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY,           )<br>                             )<br>        Plaintiff,          )<br>                             )<br>    v.                       )<br>                             )<br>COMMISSIONER OF PATENTS      )<br>AND TRADEMARKS,              )<br>                             )<br>        Defendant.           )<br>                             ) | Misc. Action No.: 06-0302 (CKK) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch and remove the appearance of Assistant United States Attorney Rhonda C. Fields as counsel for Defendant in the above-captioned case.

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Substitution of Counsel to be served upon *pro se* plaintiff by first class mail addressed to:

    George E. Kersey
    P.O. Box 1073
    Framingham, MA 01701

on this 5th day of February 2007

    /s/
    ALAN BURCH, D.C. Bar # 470655
    Assistant United States Attorney
    555 4th St., N.W.
    Washington, D.C. 20530
    (202) 514-7204
    alan.burch@usdoj.gov