CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Misc. Case Number 07-302(EGS) |
| ) | |
| COMMISSIONER OF PATENTS ) | Category   0 |
| ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on February 8, 2008 from Judge Colleen Kollar-Kotelly to Judge Emmet G. Sullivan by direction of the Calendar Committee.

(Case Related to 06mc416 before Judge Sullivan)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
Judge Kollar-Kotelly & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk