UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY, | ) |
| | ) *MC* (EGS) |
| Plaintiff, | ) Civil Action No.: 07-0302 (CKK)* |
| | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF PATENTS, et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REQUEST FOR HEARING

PLEASE TAKE NOTICE that the plaintiff, George E. Kersey, respectfully requests a Hearing, a date convenient to the Court. on his Opposition to the Motion of Defendant Jon W. Dudas, Commissioner of Patents, to Dismiss or consolidate Civil Action 07-302.

DATED: February 21, 2008                              Respectfully submitted,

By: _____
GEORGE E. KERSEY, Plaintiff
P.O. Box 1073
Framingham, MA 01701
(781) 581-5103