UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF PATENTS, et al.<br><br>  Defendants. | Civil Action No.: 07-0302 (CKK)* |

**OPPOSITION BY PLAINTIFF, GEORGE E. KERSEY ("KERSEY') TO THE MOTIONS OF DEFENDANT JON W. DUDAS ("DUDAS") TO THE DISMISSAL OR CONSOLIDATION OF KERSEY'S COMPLAINT**

Kersey hereby opposes the Motions of Defendant Dudas, Commissioner of Patents ("Dudas"), for the dismissal of Kersey's Complaint as "malicious" or consolidated for the following reasons:

  1. Dudas claims that Kersey's Complaint is "malicious" because it is duplicative of Kersey's Complaint in Civil Action No. 06-0416 (EGS). It is not because case 07-0302 (CKK) now claims statutory violations (42 USC 1983), as opposed to the claims in EGS which are based on Kersey's entitlement to a proper disposition of the Patent Office action against Kersey and includes Bevins and Constitutional claims, (including due process) against defendants based on the decision of the US Supreme Court in *Supreme Court of Virginia v. Consumers Union of United States, Inc.*, 446 U.S. 719 (1980).

---

*This case originated as a Petition but has been converted into a civil action by virtue of the service of a summons with the complaint in compliance with Rule 4 FRCP

2. Dudas wrongly contends that Kersey MALICIOUSLY made duplicate filings of his Petition which led to Civil Actions CKK and EGS. Kersey made the EGS filing in 2006 after the wrongful decision, not by Dudas, who should have made the decision, but by an improperly appointee. Kersey also had filed a Request for Reconsideration of the wrongful Patent Office decision. But was only after there was no answer to the original petition in 2006 and Kersey moved for summary judgment that Kersey received a denial by the Patent Office of his Request for Reconsideration that filed a Petition in connection with that denial in 2007 which became CKK and resulted in an order to serve a summons, which made case CKK a civil action.

3. Because both cases EGS and Ckk have been converted to Civil Action, and because both have been amended (before answer) to state different causes of action, the two cases are distinctive, and the Dudas Motion to Dismiss CKK as malicious should be denied with prejudice.

3. Dudas contention that the CKK action is "malicious" is not only false but defamatory

This matter is discussed in further detail in Kersey's previously submitted Memorandum.

**An oral hearing is requested.**

/S/ George E. Kersey
GEORGE E. KERSEY, Plaintiff
P.O. Box 1073
Framingham, MA 01701
(781) 581-5103

2

<u>Certificate of Service</u>

I hereby certify that I caused a copy of the foregoing **OPPOSITION BY PLAINTIFF, GEORGE E. KERSEY ("KERSEY') TO THE MOTIONS OF DEFENDANT JON W. DUDAS ("DUDAS") TO THE DISMISSAL OR CONSOLIDATION OF KERSEY'S COMPLAINT** to be served by first class mail addressed to:

    JEFFREY A. TAYLOR, United States Attorney
    RUDOLPH CONTRERAS, Assistant United States Attorney
    ALAN BURCH, Assistant United States Attorney

        555 4th St., N.W.
        Washington, D.C. 20530


on this 4 day of March 2008


                      /s/    *George E. Kersey*
                      George E. Kersey
                      P.O. Box 1073
                      Framingham, MA 01701

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. KERSEY,

    Plaintiff,

v.

COMMISSIONER OF PATENTS, et al.

    Defendants.

Civil Action No.: 07-0302 (CKK)

## ORDER

The Court has considered the Individual Defendant's Motion and Amended Motion to Dismiss the Complaint, the Memoranda of Points and Authorities in support thereof, and the Memorandum of Points and Authorities in Opposition, which was submitted by plaintiff George E. Kersey. After consideration of all the parties' arguments, the Court finds that in his Complaint has alleged facts sufficient to support a claim under 42 USC 1983. Accordingly,

    IT IS HEREBY ORDERED:

That the Individual Defendant's Motions to Dismiss are hereby DENIED.

Dated_____, 2008

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. KERSEY,  )
)
Plaintiff,  )    Civil Action No.: 07-0302 (CKK)*
)
v.  )
)
COMMISSIONER OF PATENTS, et al.  )
)
Defendants.  )

## NOTICE OF REQUEST FOR HEARING

PLEASE TAKE NOTICE that the plaintiff, George E. Kersey, respectfully requests a Hearing, a date convenient to the Court, on his Opposition to the Motions of Defendant Jon W. Dudas, Commissioner of Patents, to Dismiss or consolidate Civil Action 07-302.

DATED: February 29, 2008                    Respectfully submitted,

By: _____
GEORGE E. KERSEY, Plaintiff
P.O. Box 1073
Framingham, MA  01701
(781) 581-5103