UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. KERSEY,  )
 )
Plaintiff,  )
 )
v.  )  Misc. Action No. 07-302 (CKK)
 )
COMMISSIONER OF PATENTS, et al.  )
 )
Defendants.,  )
 )

RECEIVED
MAR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION BY PLAINTIFF, GEORGE E. KERSEY ("KERSEY")
TO STRIKE RESPONDENT'S REPLY IN SUPPORT OF
AMENDED MOTION TO DISMISS AS MALICIOUS**

George E. Kersey ("Kersey") hereby moves to STRIKE the Reply by the Defendant Commissioner of Patents as improper for the following reasons:

1. The Reply falsely states in its Certificate of Service that it was mailed on March 10, 2007 (See attached Exhibit A) when the mailing envelope shows that the document was mailed March 11, 2007.

2. The Reply falsely states in its Certificate of Service that it was mailed with "Supporting Memorandum" when no such Memorandum was included (See attached Declaration of Kersey).

3. The Reply falsely states in its Certificate of Service that it was mailed with a "Proposed Order" when no such Order was included. (See attached Declaration of Kersey).

4. The Reply was filed only on behalf of the Commissioner of Patents, when there are other Defendants as well.

5. The Reply bears an improper caption since this case has been converted in a Civil Action by virtue of the insistence of the United States Attorney that this case required service of the complaint under Rule 4.

6. The further bears an improper caption since this case since the first Defendant is the Commissioner of Patent and there are other Defendants in the case

WHEREFORE, the Reply should be stricken.

1

Respectfully submitted,

/s/ *George E. Kersey*
George E. Kersey
P.O. Box 1073
Framingham, MA 01701
(781) 581-5103

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Respondent's Reply in Support of Amended Motion to Dismiss as Malicious or in the Alternative to Consolidate, Supporting Memorandum, and Proposed Order were served on *pro se* Petitioner via first class mail addressed to:

JEFFREY TA LOR, D.C. Bar # 98610
United States Attorney

RUDOLPH CON RAS, D.C. Bar # 434122
Assistant United States Attorney

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

on this 19th day of March 2007.

/s/ *George E. Kersey*
George E. Kersey
P.O. Box 1073
Framingham, MA 01701
(781) 581-5103

2

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Respondent's Reply in Support of Amended Motion to Dismiss as Malicious or in the Alternative to Consolidate, Supporting Memorandum, and Proposed Order were served on *pro se* Petitioner via first class mail addressed to:

George E. Kersey
P.O. Box 1073
Framingham, MA 01701

on this 10th day of March 2007.

/s/ _____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney

Exh A-1

**U.S. Department of Justice**
*United States Attorney*
*District of Columbia*

Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

01701+1073

George E. Kesey
P.O. Box 1073
Framingham, MA 01701



US OFFICIAL MAIL
$300 Penalty
For Private Use

Mailed From 20001
03/?/2008
$00.410
Hasler

016H4660153
US POSTAGE

Exh. A-2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COMMISSIONER OF PATENTS, et al.  )<br>  )<br>Defendants.,  )<br>  ) | Misc. Action No. 07-302 (CKK) |

**DECLARATION OF PLAINTIFF, GEORGE E. KERSEY ("KERSEY")
IN SUPPORT OF HIS MOTION TO STRIKE RESPONDENT'S REPLY
IN SUPPORT OF AMENDED MOTION TO DISMISS AS MALICIOUS**

George E. Kersey ("Kersey") DECLARES the following subject to the penalties for perjury::

1. The Reply falsely states in its Certificate of Service that it was mailed on March 10, 2007 (See attached Exhibit A) when the mailing envelope shows that the document was mailed March 11, 2007.

2. The Reply falsely states in its Certificate of Service that it was mailed with "Supporting Memorandum" when no such Memorandum was included.

3. The Reply falsely states in its Certificate of Service that it was mailed with a "Proposed Order" when no such Order was included.

4. The Reply was filed only on behalf of the Commissioner of Patents, when there are other Defendants as well.

5. The Reply bears an improper caption since this case has been converted to a Civil Action by virtue of the insistence of the United States Attorney that this case required service of the complaint under Rule 4.

6. The further bears an improper caption since this case since the first Defendant is the Commissioner of Patent and there are other Defendants in the case

1

Respectfully submitted,

/s/ *George E. Kersey*
George E. Kersey
P.O. Box 1073
Framingham, MA 01701
(781) 581-5103

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Respondent's Reply in Support of Amended Motion to Dismiss as Malicious or in the Alternative to Consolidate, Supporting Memorandum, and Proposed Order were served on *pro se* Petitioner via first class mail addressed to:

JEFFREY TA LOR, D.C. Bar # 98610
United States Attorney

RUDOLPH CON RAS, D.C. Bar # 434122
Assistant United States Attorney

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

on this 19th day of March 2007.

/s/ *George E. Kersey*
George E. Kersey
P.O. Box 1073
Framingham, MA 01701
(781) 581-5103

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-0302 (CKK) |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF PATENTS, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court has considered the Declaration of the Plaintiff, the Reply of the Individual Defendant; the attached Certificate of Mailing and finds that it incorrectly states the day of mailing; the false statement that a proposed order and memorandum, were mailed with the Reply, which has an incorrect caption and is on behalf of a single one of the named Defednants.

IT IS HEREBY ORDERED:

That the Individual Defendant's Reply is hereby STRICKEN

Dated_____, 2008

_____
United States District Judge

